UNITED STATES DISTRCIT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Daniel Hughes and Monica Hughes, | ) |
|         Plaintiffs, | ) |
| v. | ) |
| | ) CIVIL ACTION NUMBER |
| Strategic Financial Solutions, LLC; | ) NO._____ |
| F Solutions, LLC; Strategic Client Support, | ) |
| LLC; Anchor Client Services, LLC; | ) |
| Ryan Sasson; Kimberly Celic; | ) |
| Lauren Montanile; Daniel Camacho; | ) |
| Anchor Law Firm, PLLC, Jason Blust; | ) |
| Thomas Rogus; Timothy Burnette; | ) |
| Stacy Robinson; Robin Lasky; | ) |
| Velsa Holdings, LLC; Wendy Lee Bursey, | ) |
|         Defendants. | ) |

**NOTICE OF REMOVAL**

Defendants Anchor Client Services, LLC ("ACS") and Daniel Camacho ("Camacho") hereby give notice of the removal of this action from the Superior Court, Judicial District of New Haven, to the United States District Court for the District of Connecticut. As grounds in support of this Notice of Removal, ACS and Camacho state the following:

**I.  Nature of Removed Action**

1.  This action was commenced on or about April 24, 2020, by the filing of Plaintiffs' Summons and Complaint in the Superior Court, Judicial District of New Haven (the "State Court Action").

2.  The first noticed Defendant was served with the Summons and Complaint in June 2020 and additional Defendants were served in July 2020.

3.  ACS was served on June 26, 2020 via the Connecticut Secretary of State as a statutory agent. Pursuant to *Abdullah v. Erdner Bros*., however, service of a statutory agent "does

not commence with service upon a statutory agent, such as a secretary of state, but instead when the defendant actually receives the complaint." *See* 2015 WL 1190141 at *2 (D. Conn. 2015). Since service was never effectuated, the 30 days did not commence until July 1, 2020 when counsel for ACS filed his appearance.

4. Camacho was also served via the Connecticut Secretary of State as a statutory agent, so the 30 days did not begin until he personally received it. *See id.* Plaintiffs further attempted service via certified mail to his employer's address at the same time, but he never personally received the complaint, as he worked from his home, which is a different address in New York. Accordingly, Camacho did not receive, nor was properly served with, the Complaint filed by Plaintiffs until July 31, 2020.

5. Accordingly, pursuant to 28 U.S.C. §1446(b), this Notice of Removal has been timely filed by ACS and Camacho.

**II. Venue**

6. The Superior Court of Connecticut, Judicial District of New Haven, is located within the geographical jurisdiction of the United States District Court for the District of Connecticut (28 U.S.C. § 86). Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**III. Compliance with Procedural Requirements**

7. ACS and Camacho have satisfied all the procedural requirements for removal under 28 U.S.C. § 1446 and the District of Connecticut.

8. ACS and Camacho are filing this Notice of Removal pursuant to 28 U.S.C. § 1441(a) in the United States District Court for the District of Connecticut because the State Court

in which the action is pending is within the federal judicial district and this division. This Notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

9. This action could have originally been brought in this Court pursuant to 28 U.S.C § 1331 because it includes a claim that arises under federal statute, a civil Racketeer Influenced and Corrupt Organizations Act ("RICO") claim under 18 U.S.C. § 1962(c) and (d). The remaining state law claims are within this Court's supplemental jurisdiction under 28 U.S.C. § 1367, as they involve the same alleged conduct by various Defendants.

10. ACS and Camacho are removing the case within the timeframe allowed for removal under 28 U.S.C. § 1446(b).

11. In accordance with 28 U.S.C. § 1446(a), a copy of "all process, pleadings, orders, and other documents then on file in the State Court," are attached as **Exhibit A.**

12. At the time of this filing, ACS and Camacho have not filed a responsive pleading in Plaintiffs' State Court action.

13. After filing this Notice, in accordance with 28 U.S.C. § 1446(d), ACS and Camacho will serve a copy of this Notice upon the Plaintiffs, and will file a copy of the Notice with the Clerk of the Superior Court, Judicial District of New Haven.

14. For the purposes of removal based on Federal Question and Supplemental Jurisdiction, all Defendants who have been properly joined and served must consent to removal. Such consents are attached as **Exhibit B**.

15. Nothing in this Notice of Removal should be interpreted as a waiver or relinquishment of any right of ACS or Camacho to assert any and all defenses or objections to the Complaint, including lack of personal jurisdiction. If there are any questions that arise as to the

propriety of removal of this action, ACS and Camacho respectfully request the opportunity to submit briefing, argument, and additional evidence necessary to support.

WHEREFORE, Defendant ACS and Camacho respectfully request removal of this action to this Court for further proceedings according to law.

Dated:  July 31, 2020 By:  */s/ Robert M. Frost, Jr.*
Robert M. Frost, Jr. (ct19771)
FROST BUSSERT, LLC
350 Orange Street, Suite 100
New Haven, CT 06511
Tel: (203) 495-9790
Fax: (203) 495-9795
Email: rmf@frostbussert.com

Timothy D. Elliott (IL No. 6237023)
*Pro hac vice to be filed*
Rathje Woodward LLC
300 E. Roosevelt Road, Suite 300
Wheaton, Illinois 60187
(630) 668-8500
telliott@rathjewoodward.com

# **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing pleading was filed electronically. Parties may access this filing through the Court's CM/ECF system. In addition, a copy of the foregoing will be served on the following parties by email (where available), and first-class U.S. Mail, postage prepaid.

Molly M. Wilcox, Esq.
Cathleen A. Giannetta, Esq.
WOOD, SMITH, HENNING & BERMAN, LLP
40 Richards Avenue 3rd Floor
Norwalk, CT 06854
(914) 353-3809
mwilcox@wshblaw.com

Thomas Erskine Ice
Ariane Ice
ICE LEGAL, P.A.
Attorney for Plaintiffs
20 Portsmouth Ave. Suite 1, No. 225
Stratham, NH 03885
(603) 242-1503
thomas.ice@icelegal.com
ariane.ice@icelegal.com
service@icelegal.com

Dated at Walpole, Massachusetts on this 31st day of July, 2020.

*/s/ Robert M. Frost, Jr.*
Robert M. Frost, Jr.