# Exhibit B

# DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, __Thomas A. Rogus__ declare as follows:
(Name)

I am __Managing Member__ of __Anchor Law Firm, PLLC__.
(Title) (Company/Organization)

As such, I am a duly authorized agent of __Anchor Law Firm, PLLC__ and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of __Anchor Law Firm, PLLC__, to the removal of the case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __23rd__ day of July, 2020.

Signature: _[signature]_

Print Name: __Thomas A. Rogus__

Title: __Managing Member__

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, _Jason Blust_, am a named Defendant in case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

As such, and, in accordance with 28 U.S.C. § 1446(b)(2)(A), I hereby give consent, to the removal of the case styled as Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al., Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _24TH_ day of July, 2020.

Signature: _/s/ Jason Blust_
Print Name: _Jason Blust_

# DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, _Timothy F. Burnette_, am a named Defendant in case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

As such, and, in accordance with 28 U.S.C. § 1446(b)(2)(A), I hereby give consent, to the removal of the case styled as Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al., Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of July, 2020.

Signature: _/s/ Timothy F. Burnette_

Print Name: _Timothy F. Burnette_

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, _Wendy Lee Bursey_, am a named Defendant in case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

As such, and, in accordance with 28 U.S.C. § 1446(b)(2)(A), I hereby give consent, to the removal of the case styled as Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al., Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of July, 2020.

Signature: _/s/ Wendy Bursey_

Print Name: _Wendy Lee Bursey_

# DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, **Kimberly Celic**, am a named Defendant in case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

As such, and, in accordance with 28 U.S.C. § 1446(b)(2)(A), I hereby give consent, to the removal of the case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  Jul 25, 2020  day of July, 2020.

Signature: *Kimberly Celic*
Kimberly Celic (Jul 25, 2020 09:55 EDT)

Print Name: **Kimberly Celic**

# DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, Ryan Sasson, declare as follows:

I am Ceo (Title) of F solutions (Company/Organization).

As such, I am a duly authorized agent of F solutions and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of F solutions, to the removal of the case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this Jul 24, 2020 day of July, 2020.

Signature: *Ryan Sasson*

Print Name: Ryan Sasson

Title: Ceo

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, __Robin Lasky__, am a named Defendant in case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

As such, and, in accordance with 28 U.S.C. § 1446(b)(2)(A), I hereby give consent, to the removal of the case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __24__ day of July, 2020.

Signature: ___/s/___

Print Name: __Robin Lasky__

# DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, Lauren Montanile, am a named Defendant in case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

As such, and, in accordance with 28 U.S.C. § 1446(b)(2)(A), I hereby give consent, to the removal of the case styled as Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al., Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of July, 2020.

Signature: _____

Print Name: Lauren Montanile

## DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, _Stacy K. Robinson_, am a named Defendant in case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

As such, and, in accordance with 28 U.S.C. § 1446(b)(2)(A), I hereby give consent, to the removal of the case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _24th_ day of July, 2020.

Signature: _____

Print Name: _Stacy K. Robinson_

# DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, __Thomas A. Rogus__, am a named Defendant in case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

As such, and, in accordance with 28 U.S.C. § 1446(b)(2)(A), I hereby give consent, to the removal of the case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __23rd__ day of July, 2020.

Signature: _____

Print Name: __Thomas A. Rogus__

# DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, Ryan Sasson, am a named Defendant in case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

As such, and, in accordance with 28 U.S.C. § 1446(b)(2)(A), I hereby give consent, to the removal of the case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this Jul 24, 2020 day of July, 2020.

Signature: *Ryan Sasson*

Print Name: Ryan Sasson

# DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, __Salvatore Tirabassi__ declare as follows:
(Name)

I am __CFO__ of __Strategic Client Support, LLC ("SCS")__
(Title)         (Company/Organization)

As such, I am a duly authorized agent of __SCS__ and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of __SCS__, to the removal of the case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27 day of July, 2020.

Signature: *Salvatore Tirabassi (Jul 27, 2020 14:31 EDT)*

Print Name: Salvatore Tirabassi

Title: CFO

# DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, __Salvatore Tirabassi__ declare as follows:
(Name)

I am __CFO__ of __Strategic Financial Solutions__.
(Title)       (Company/Organization)

As such, I am a duly authorized agent of __Strategic Financial Solutions__ and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of __Strategic Financial Solutions__, to the removal of the case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __Jul 24, 2020__ day of July, 2020.

Signature: __Salvatore Tirabassi (Jul 24, 2020 15:19 EDT)__

Print Name: __Salvatore Tirabassi__

Title: __CFO__

# DECLARATION OF CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1746, I, _____Lisa Munyon_____ declare as follows:
(Name)

I am ___Managing Member___ of ___Velsa Holdings, LLC.___.
(Title)                          (Company/Organization)

As such, I am a duly authorized agent of ___Velsa Holdings, LLC.___ and, in accordance with 28 U.S.C. § 1446(b)(2)(A), hereby give consent, on behalf of ___Velsa Holdings, LLC.___, to the removal of the case styled as *Daniel and Monica Hughes v. Strategic Financial Solutions, FFS, et al.*, Docket No. NNH-CV20-6103506-S, Superior Court, Judicial District of New Haven, at New Haven, Connecticut.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __24th__ day of July, 2020.

Signature: _[signature]_

Print Name: ___Lisa Munyon___

Title: ___Managing Member___