UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Daniel Hughes and Monica Hughes, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| Strategic Financial Solutions, LLC; ) | NO. 3:20-cv-01096-VLB |
| F Solutions, LLC; Strategic Client Support, ) | |
| LLC; Anchor Client Services, LLC; ) | |
| Ryan Sasson; Kimberly Celic; ) | |
| Lauren Montanile; Daniel Camacho; ) | |
| Anchor Law Firm, PLLC, Jason Blust; ) | |
| Thomas Rogus; Timothy Burnette; ) | |
| Stacy Robinson; Robin Lasky; ) | |
| Velsa Holdings, LLC; Wendy Lee Bursey, ) | |
| ) | |
| Defendants. ) | AUGUST 7, 2020 |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the nongovernmental corporate party defendants named below, through undersigned counsel, represent:

Defendant Velsa Holdings, LLC ("Velsa") does not have a parent corporation; nor does Velsa have a publicly-held corporation own more than 10% of its stock.

Defendant Anchor Law Firm, PLLC ("Anchor") states that it has no parent corporation and a publicly-held corporation does not own more than 10% of SFS's stock.

Defendant Strategic Financial Solutions, LLC ("SFS") states that its parent corporation is Strategic Family, Inc., and a publicly-held corporation does not own more than 10% of SFS's stock.

Defendant Strategic Client Support, LLC ("SCS") states that its parent corporation is Strategic Financial Solutions, LLC, and a publicly-held corporation does not own more than 10% of SCS's stock.

Defendant Anchor Client Services, LLC ("ACS") states that its parent corporation is Strategic Financial Solutions, LLC, and a publicly-held corporation does not own more than 10% of ACS's stock.

Defendant F Solutions, LLC ("FS") is owned by three privately held Limited Liability Companies and a publicly-held corporation does not own more than 10% of its stock.

If any of the foregoing information changes, the parties will file a supplemental disclosure as required by Fed. R. Civ. P. 7.1.

By:    */s/ Robert M. Frost, Jr.*
Robert M. Frost, Jr. (ct19771)
FROST BUSSERT, LLC
350 Orange Street, Suite 100
New Haven, CT 06511
Tel: (203) 495-9790
Fax: (203) 495-9795
Email: rmf@frostbussert.com

## CERTIFICATION

I hereby certify that on this date a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

In addition, a copy of the foregoing will be served on the following parties by email:

Molly M. Wilcox, Esq.
Cathleen A. Giannetta, Esq.
WOOD, SMITH, HENNING & BERMAN, LLP
40 Richards Avenue 3rd Floor
Norwalk, CT 06854
(914) 353-3809
mwilcox@wshblaw.com

Thomas Erskine Ice
Ariane Ice
ICE LEGAL, P.A.
Attorney for Plaintiffs
20 Portsmouth Ave. Suite 1, No. 225
Stratham, NH 03885
(603) 242-1503
thomas.ice@icelegal.com
ariane.ice@icelegal.com
service@icelegal.com

Dated at New Haven, Connecticut on this 7th day of August, 2020.

*/s/ Robert M. Frost, Jr.*
Robert M. Frost, Jr.