**UNITED STATES DISTRCIT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Daniel Hughes and Monica Hughes, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| Strategic Financial Solutions, LLC; | ) | NO. 3:20-cv-01096-VLB |
| F Solutions, LLC; Strategic Client Support, | ) | |
| LLC; Anchor Client Services, LLC; | ) | |
| Ryan Sasson; Kimberly Celic; | ) | |
| Lauren Montanile; Daniel Camacho; | ) | |
| Anchor Law Firm, PLLC, Jason Blust; | ) | |
| Thomas Rogus; Timothy Burnette; | ) | |
| Stacy Robinson; Robin Lasky; | ) | |
| Velsa Holdings, LLC; Wendy Lee Bursey, | ) | |
| | ) | |
| Defendants. | ) | OCTOBER 30, 2020 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Daniel and Monica Hughes hereby voluntarily dismiss their claims with prejudice against Defendants Strategic Financial Solutions, LLC; F Solutions, LLC; Strategic Client Support, LLC; Anchor Client Services, LLC; Ryan Sasson; Kimberly Celic; Lauren Montanile; Daniel Camacho; Anchor Law Firm, PLLC; Jason Blust; Thomas Rogus; Timothy Burnette; Stacy Robinson; Robin Lasky; Wendy Lee Bursey, and Velsa Holdings, LLC. Plaintiff and Defendants through the undersigned counsel hereby stipulate and agree that all of Plaintiffs' claims against above-named Defendants shall be dismissed, with prejudice. Defendants and Plaintiffs further stipulate that each party shall bear its own respective costs and attorney's fees.

Respectfully submitted, this 30th day of October, 2020.

By: /s/ Ariane Ice
Thomas Erskine Ice
Ariane Ice
ICE LEGAL, P.A.
20 Portsmouth Ave. Suite 1, No. 225
Stratham, NH 03885
(603) 242-1503
thomas.ice@icelegal.com
ariane.ice@icelegal.com
service@icelegal.com

By: /s/ Robert M. Frost, Jr.
Robert M. Frost, Jr. (ct19771)
FROST BUSSERT, LLC
350 Orange Street, Suite 100
New Haven, CT 06511
Tel: (203) 495-9790
Fax: (203) 495-9795
Email: rmf@frostbussert.com

By: /s/ Molly M. Wilcox
Molly M. Wilcox, Esq.
Cathleen A. Giannetta, Esq.
WOOD, SMITH, HENNING & BERMAN,
LLP
40 Richards Avenue 3rd Floor
Norwalk, CT 06854
(914) 353-3809
mwilcox@wshblaw.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing pleading was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

Dated at New Haven, Connecticut on this 30th day of October, 2020.

/s/ Robert M. Frost, Jr.
Robert M. Frost, Jr.

3